CITY OF BILOXI *v.* CHINN, et al.

No. 40629          January 13, 1958          99 So. 2d 601

*Thomas J. Wiltz, J. D. Stennis, Jr.,* Biloxi, for appellants.

462

No appearance for appellees.

HALL, J.

This is a companion suit of City of Biloxi v. J. A. Creel, et al, No. 40605½, decided by this Court on December 9, 1957, and is governed by the principles laid down in Friedhof v. City of Biloxi, 97 So. 2d 742, and for the reasons stated in No. 40,605½ the judgment of the lower court is reversed and the cause is remanded to the Chancery Court of Harrison County, Mississippi.

Reversed and remanded.

*Roberds, P. J.*, and *Lee, Holmes* and *Ethridge, JJ.* concur.